IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON GREENE, | ) |
| Plaintiff, | ) Civil Action No. 06-0647 |
| v. | ) Chief Judge Ambrose |
| MPW INDUSTRIAL SERVICES, | ) ELECTRONICALLY FILED |
| Defendant. | ) |

### ORDER OF COURT

AND NOW, this 15th day of December, 2006, based upon the stipulation of the parties, and the court having been advised that this matter has been resolved, it is hereby ORDERED that the above civil action is DISMISSED with prejudice, each party to bear their own fees, costs and expenses and, FURTHER, that this court shall retain jurisdiction for purposes of interpreting and enforcing the Agreement of the parties.

_____
United States District Judge